AO 94
(10/82)

# COMMITMENT TO ANOTHER DISTRICT
(Rule 40, Federal Rules of Criminal Procedure)

## United States District Court

**DISTRICT:** EASTERN

**FILED**
MAY 1 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| UNITED STATES OF AMERICA | DOCKET NO. |
| V. | |
| Albert Maldonado | MAGISTRATE CASE NO. 1:06 MJ 00 122 DLB |

**CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN:**
☐ indictment   ☐ information   ☐ complaint   ☒ Other (specify) Violation of Supervised Release

**charging a violation of** _____ **U.S.C. §** _____

**DISTRICT OF OFFENSE:** Southern District of CA

**DATE OF OFFENSE:** 3.31.99

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release.

**BOND IS FIXED AT $** Detained

**DISTRICT:** Eastern District of CA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/12/2006
Date

DENNIS L. BECK, U.S. Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |